IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GAMETEK, LLC,

　　　　　　Plaintiff,
　　　v.

ROCKYOU, INC,

　　　　　　Defendant.
_____/

No. C 13-01205 RS

**CASE MANAGEMENT
SCHEDULING ORDER**

　　　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on July 18, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

　　　　1.　　　PANEL MEDIATION. The parties are hereby REFERRED to the ADR Department for the purpose of participating in panel mediation, to take place, ideally, within the next one hundred twenty (120) days.

　　　　2.　　　DISCOVERY. On or before July 25, 2013, all initial disclosures shall be made. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per side; (b) twenty-five (25) interrogatories per side, including all discrete subparts; (c) a reasonable number of

CASE MANAGEMENT SCHEDULING ORDER

requests for production of documents or for inspection per side; and (d) a reasonable number of requests for admission per side.

3. DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. FURTHER SCHEDULING. The dates proposed by the parties leading up to the *Markman* Hearing on pages 9-10 of their Joint Case Management are adopted as follows:

A. On or before August 1, 2013 plaintiff shall serve its Preliminary Infringement Contentions and accompanying documents in the form and with the content required by Patent L.R. 3-1 and 3-2.

B. On or before September 16, 2013, defendant is to serve Invalidity Contentions, and accompanying documents in the form and with the content required by Patent L.R. 3-3 and 3-4.

C. On or before September 30, 2013, parties are to exchange claim terms needing construction in the form and with the content required by Patent L.R. 4-1.

D. On or before October 21, 2013, parties are to exchange proposed claim constructions and extrinsic evidence in the form and with the content required by Patent L.R. 4-2.

E. On or before October 21, 2013, parties are to disclose any expert witnesses with respect to claim construction.

CASE MANAGEMENT SCHEDULING ORDER

2

1    F.   On or before November 15, 2013, the parties are to file a Joint Claim
2 Construction and Prehearing Statement in the form and with the content required by Patent L.R.
3 4-3.
4    G.   On or before December 15, 2013, the parties are to complete claim construction
5 discovery in the manner set forth in Patent L.R. 4-4.
6    H.   On or before December 30, 2013, plaintiff is to file its Opening Claim
7 Construction Brief in accordance with Patent L.R. 4-5(a).
8    I.   On or before January 13, 2014, defendant is to file its Responsive Claim
9 Construction Brief in accordance with Patent L.R. 4-5(b)
10    J.   On or before January 20, 2014, plaintiff is to file its Reply Claim Construction
11 Brief in accordance with Patent L.R. 4-5(c).
12    5.   *MARKMAN* HEARING. A *Markman* Claim Construction Hearing shall held on
13 **February 5, 2014 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden
14 Gate Avenue, San Francisco, California. A tutorial will precede presentation of claim
15 construction arguments. A further Case Management Conference will be scheduled following
16 this Hearing to set the remaining dates in this case.
17    IT IS SO ORDERED.

19 DATED:  7/18/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3