1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAMETEK LLC,

        Plaintiff,

v.

ROCKYOU, INC.,

        Defendants.

Case No.: 3:13-cv-01205-RS

**[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER TO ACCORD WITH THE CLAIM CONSTRUCTION SCHEDULE IN RELATED CASES**

Came before the Court, Plaintiff, Gametek LLC and Defendant Rockyou, Inc.'s Stipulated Motion to Amend the Scheduling Order Pursuant to Civil L.R. 6-2. Having considered the parties Motion, and good cause being shown, IT IS HEREBY ORDERED THAT:

A. On or before December 23, 2013, parties are to exchange claim terms needing construction in the form and with the content required by Patent L.R. 4-1.

B. On or before January 13, 2014, parties are to exchange proposed claim constructions and extrinsic evidence in the form and with the content required by Patent L.R. 4-2.

C. On or before January 13, 2014, parties are to disclose any expert witnesses with respect to claim construction.

- 1 -

D.  On or before February 7, 2014, the parties are to file a Joint Claim Construction and Prehearing Statement in the form and with the content required by Patent L.R. 4-3.

E.  On or before March 10, 2014, the parties are to complete claim construction discovery in the manner set forth in Patent L.R. 4-4.

F.  On or before March 24, 2014, plaintiff is to file its Opening Claim Construction Brief in accordance with Patent L.R. 4-5(a).

G.  On or before April 7, 2014, defendant is to file its Responsive Claim Construction Brief in accordance with Patent L.R. 4-5(b)

H.  On or before May 14, 2014, plaintiff is to file its Reply Claim Construction Brief in accordance with Patent L.R. 4-5(c).

I.  *MARKMAN* HEARING. A *Markman* Claim Construction Hearing shall be held on **June 2, 2014 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. A tutorial will precede presentation of claim construction arguments. A further Case Management Conference will be scheduled following this Hearing to set the remaining dates in this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  9/27/13

Honorable Richard G. Seeborg
United States District Court Judge

- 2 -