UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAMETEK LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKYOU, INC.,<br><br>Defendant. | Case No. 3:13-cv-01205-RS<br><br>**ORDER GRANTING JOINT MOTION TO STAY PENDING FINAL INSTALLMENT PAYMENT OR SEPTEMBER 2, 2014, AS MODIFIED BY THE COURT** |

The Court hereby GRANTS Plaintiff Gametek LLC ("Plaintiff") and Defendant RockYou, Inc.'s ("RockYou") Joint Motion to Stay All Deadlines as between Plaintiff and RockYou up to and including the earlier of the payment of the final installment as stated in the settlement agreement, or September 2, 2014. Therefore, it is ORDERED that all proceedings, including deadlines, as between Plaintiff and RockYou are STAYED until the earlier of the payment of the final installment as stated in the settlement agreement, or September 2, 2014.

- 1 -

Case No. 3:13-cv-01205-RS

A further Case Management Conference is scheduled for October 2, 2014 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, all parties shall appear telephonically at 11:00 a.m. and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: October 31, 2013

_____
United States District Judge