UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GT GAMING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROCKYOU, INC.,<br><br>    Defendant. | Case No.: 3:13-cv-01205-RS<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION TO DISMISS** |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims and counterclaims asserted between Plain Plaintiff, GT Gaming LLC (formerly known as "Gametek LLC") (hereinafter "Plaintiff" or "GT"), and Defendant, Rockyou, Inc. (hereinafter "Rockyou"), in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that all claims and counterclaims asserted in this suit between Plaintiff and Defendant are hereby dismissed WITH PREJUDICE.

It is further ORDERED that all costs, expenses, and attorney's fees are to be borne by the party that so incurred them.

**IT IS SO ORDERED**.

Dated: 9/3/14

Judge Richard Seeborg
United States District Court Judge
Northern District of California